Prob12A (6/98)

# UNITED STATES DISTRICT COURT
для the
## Eastern District of Oklahoma

## Report on Offender Under Supervision

Name of Offender:   Chrisla Durrett-Mixon   Case Number: CR-22-00050- RAW

Name of Judicial Officer: The Honorable Ronald A. White (Transfer of Jurisdiction received from the Southern District of Texas on April 12, 2022)

Date of Original Sentence: June 10, 2020

Date of Revocation: June 22, 2021

Original Offense: Ct. 1- Conspiracy to Transport an Undocumented Alien

Original Sentence: Ct. 1- Two years probation

Revocation Sentence: 4 months imprisonment followed by 36 months supervised release

Type of Supervision:  Supervised Release   Date Supervision Commenced: August 11, 2021

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not commit another federal, state, or local crime.** |
| | On March 21, 2022, Ms. Durrett-Mixon contacted the Probation Officer and reported she was being arrested for Enabling Child Abuse. Ms. Durrett-Mixon is currently being held on a $75,000.00 bond in the Pittsburg County jail. Case CF-2022-00091, Enabling Child Abuse is set for preliminary hearing on May 2, 2022. |
| | <u>U.S. Probation Officer Action:</u> The United States Probation Office is recommending no action be taken at this time pending the outcome of her State case. |

| Reviewed and approved, | Respectfully submitted, |
|---|---|
| by:   s/ Robert L. Gwin | by:   s/ Bobby J. Davis |
| Robert L. Gwin<br>Supervisory U. S. Probation Officer<br>Date: April 14, 2022 | Bobby J. Davis<br>U.S. Probation Officer<br>Date: April 14, 2022 |

[ X ]   The Court concurs that no action be taken at this time
[   ]   Submit a Request for Modifying the Condition or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

Dated this 18th day of April, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA